FILED

2018 Nov-08  AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA



# EXHIBIT "B"
# (Affidavit of Norbert A. Bennett)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| The Estate of ESSIE McELRATH, by and through his Personal Representative, ERSKINE McELRATH, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO.: |
| BIRMINGHAM NURSING AND REHABILITATION CENTER, LLC, et al. | * * * * | _____ |
| Defendants. | * | |

## AFFIDAVIT OF NORBERT A. BENNETT

STATE OF NEW YORK      )
                                        :
COUNTY OF ERIE           )

1.      My name is Norbert A. Bennett.  I am an adult resident citizen of Erie County, New York.  I am over the age of 21, and I am competent to testify in this matter.

2.      The facts in this affidavit are based on my personal knowledge and are true and correct to the best of my knowledge, information, and belief.

3.      I am a member of D&N, LLC; at all times pertinent to the underlying lawsuit (June 22, 2017 to November 1, 2017), I was also the manager of D&N, LLC.

4.    D&N, LLC is a New York limited liability company with its principal place of business in Orchard Park, New York.

5.    D&N, LLC's members are Norbert A. Bennett, the Norbert A. Bennett Children's Trust and the Norbert A. Bennett Grand-Children's Trust.

6.    The trustee of the Norbert A. Bennett Children's Trust is Ronald Bennett, a citizen of New York.

7.    Ronald Bennett is also the trustee of the Norbert A. Bennett Grand-Children's Trust.

8.    D&N, LLC holds a 50% membership interest in Birmingham Nursing and Rehabilitation Center, LLC.   DTD HC, LLC has the remaining 50% membership interest in the aforementioned LLC.

FURTHER, Affiant sayeth not.

DATED: October      26 , 2018.

_____
NORBERT A. BENNETT

Sworn to and subscribed before me this, the 26th day of October, 2018.

_____
NOTARY PUBLIC

My Commission Expires: _____

ANTHONY F. PEGNIA, JR.
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 1/16/20 19